## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **John Christopher Roberts aka John C.**
**Roberts aka John Roberts**
**Christine Ann Toukatly aka Christine A.**
**Toukatly aka Christine Toukatly**
**Debtor(s)**

**BK NO. 17-01496 RNO**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MTGLQ Investors, L.P. and index same on the master mailing list.

     Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322