Certificate Number: 17572-PAM-DE-036000777

Bankruptcy Case Number: 17-01496



17572-PAM-DE-036000777

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 18, 2021</u>, at <u>11:32</u> o'clock <u>AM PDT</u>, <u>Christine A Toukatly</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 18, 2021</u>　　　By: <u>/s/Leigh-Anna M Thompson</u>

　　　　　　　　　　　　　　　　　Name: <u>Leigh-Anna M Thompson</u>

　　　　　　　　　　　　　　　　　Title: <u>Counselor</u>