United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John Christopher Roberts  
Christine Ann Toukatly  
    Debtors

Case No. 17-01496-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 24, 2021 | Form ID: fnldec | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John Christopher Roberts, 1180 Breaker St, Dickson City, PA 18519-1212 |
| jdb | # | Christine Ann Toukatly, 1180 Breaker St, Dickson City, PA 18519-1212 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R Schimizzi | on behalf of Creditor CB Rentals LLC dschimizzi@wtplaw.com, Sharding@wtplaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MTGLQ Investors L.P. bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Christine Ann Toukatly MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 John Christopher Roberts MyLawyer@JPPLaw.com G17727@notify.cincompass.com |

Jerome B Blank
 on behalf of Creditor JPMorgan Chase Bank  NA pamb@fedphe.com

Mario John Hanyon
 on behalf of Creditor JPMorgan Chase Bank  NA pamb@fedphe.com, mario.hanyon@brockandscott.com

Rebecca Ann Solarz
 on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 bkgroup@kmllawgroup.com

Thomas Song
 on behalf of Creditor JPMorgan Chase Bank  NA tomysong0@gmail.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| John Christopher Roberts,<br>aka John C. Roberts, aka John Roberts, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:17−bk−01496−MJC |
| Christine Ann Toukatly,<br>aka Christine A. Toukatly, aka Christine Toukatly, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−9421    xxx−xx−8603

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 24, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (10/20)